PER CURIAM.
Affirmed. See Berryer v. Hertz, 522 So.2d 510 (Fla. 3d DCA 1988); Yohanan v. deClaire, 435 So.2d 913 (Fla. 4th DCA 1983); East Coast Insurance Company v. Cooper, 415 So.2d 1323 (Fla. 3d DCA 1982); AGB Oil Co. v. Crystal Exploration and Production Company, 406 So.2d 1165 (Fla. 3d DCA 1981); Hartford Accident & Indemnity Company v. Smith, 366 So.2d 456 (Fla. 4th DCA 1979); Mid-State Homes, Inc. v. Ritchie, 181 So.2d 725 (Fla. 1st DCA 1966).